AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| State Nat'l Bank of Big Spring et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Timothy Geithner, U.S. Secretary of the Treasury, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Case: 1:12-cv-01032
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/21/2012
Description: General Civil

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Timothy Geithner
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Gregory Jacob, Esq.
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 6/22/12
~~06/21/2012~~

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action (Page 2)

Civil Action No.   1:12cv1032

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TIMOTHY GEITHNER

was received by me on *(date)*   June 22, 2012   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

On June 25, 2012, I mailed the summons by certified mail to TIMOTHY
GEITHNER at U.S. Department of Treasury, 1500 Pennsylvania Ave., NW
Washington, DC  20220 in accordance with Fed. R. Civ.P. 4(i)(2).

My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date: 6-27-12

_____
*Server's signature*

Andrew Eveleth, Senior Paralegal
*Printed name and title*

DISTRICT OF COLUMBIA

:ss:

Subscribed and sworn to before me this

27th day of June , 20 12

_____
*Notary Public*

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006

_____
*Server's address*

Additional information regarding attempted service, etc:

7196 9008 9111 5583 4573

**TO:**

Timothy Geithner
U.S. Department of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220
US

**SENDER:** 0600000.00003-Eveleth

**REFERENCE:**



PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | 2.95 |
| | Return Receipt Fee | 2.35 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

| US Postal Service® | POSTMARK OR DATE |
|---|---|
| **Receipt for** | |
| **Certified Mail**™ | |
| No Insurance Coverage Provided Do Not Use for International Mail | |

**Eveleth, Andrew**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ <U.S._Postal_Service@usps.com> |
| **Sent:** | Friday, September 21, 2012 3:32 PM |
| **To:** | Eveleth, Andrew |
| **Subject:** | U.S. Postal Service Track & Confirm email Restoration - 7196 9008 9111 5583 4573 |

This is a post-only message. Please do not respond.

ANDREW EVELETH has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7196 9008 9111 5583 4573

Service Type: Certified Mail(TM)

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered 7:12am | WASHINGTON DC 20220 | 06/29/12 |
| Arrival at Unit 5:51am | WASHINGTON DC 20018 | 06/29/12 |
| Depart USPS Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Processed through USPS 9:05pm Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Acceptance 6:48pm | WASHINGTON DC 20013 | 06/25/12 |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| State Nat'l Bank of Big Spring et al. ) | Case: 1:12-cv-01032 |
| *Plaintiff* ) | Assigned To : Huvelle, Ellen S. |
| v. ) | Assign. Date : 6/21/2012 |
| Timothy Geithner, U.S. Secretary of the Treasury, et al. ) | Description: General Civil |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Gregory Jacob, Esq.
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:  ___6/22/12___
        ~~06/21/2012~~

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action (Page 2)

Civil Action No.  1:12cv1032

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     U.S. DEPARTMENT OF TREASURY

was received by me on *(date)*     June 22, 2012          .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
         On June 25, 2012, I mailed the summons by certified mail to U.S. Department
      of Treasury at 1500 Pennsylvania Ave.,NW, Washington, DC 20220 in
      accordance with Fed.R.Civ.P.4(i)(2).

My fees are $   0.00   for travel and $  0.00   for services, for a total of $     0.00    .

I declare under penalty of perjury that this information is true.

Date:  6-27-12                          _Andrew Eveleth_____
                                        *Server's signature*

                                        Andrew Eveleth, Senior Paralegal
DISTRICT OF COLUMBIA          :ss:      *Printed name and title*

Subscribed and sworn to before me this
27th day of June , 20 12               O'Melveny & Myers LLP
_____          1625 Eye St., NW
            Notary Public              Washington, DC  20006
                                        *Server's address*

Additional information regarding attempted service, etc:

7196 9008 9111 5583 4566

**TO:**

U.S. Department of Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220
US

**SENDER:**   0600000.00003-Eveleth

**REFERENCE:**



PS Form 3800, January 2005

| RETURN<br>RECEIPT<br>SERVICE | Postage | |
|---|---|---|
| | Certified Fee | 2.95 |
| | Return Receipt Fee | 2.35 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

| US Postal Service®<br>**Receipt for**<br>**Certified Mail™**<br>No Insurance Coverage Provided<br>Do Not Use for International Mail | POSTMARK OR DATE |
|---|---|

**Eveleth, Andrew**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ <U.S._Postal_Service@usps.com> |
| **Sent:** | Friday, September 21, 2012 3:21 PM |
| **To:** | Eveleth, Andrew |
| **Subject:** | U.S. Postal Service Track & Confirm email Restoration - 7196 9008 9111 5583 4566 |

This is a post-only message. Please do not respond.

ANDREW EVELETH has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7196 9008 9111 5583 4566

Service Type: Certified Mail(TM)

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered 7:12am | WASHINGTON DC 20220 | 06/29/12 |
| Arrival at Unit 5:51am | WASHINGTON DC 20018 | 06/29/12 |
| Depart USPS Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Processed through USPS 9:05pm Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Acceptance 6:48pm | WASHINGTON DC 20013 | 06/25/12 |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| State Nat'l Bank of Big Spring et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Timothy Geithner, U.S. Secretary of the Treasury, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Case: 1:12-cv-01032
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/21/2012
Description: General Civil

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Benjamin Bernanke
The Board of Governors of the Federal Reserve System
20th St. & Constitution Ave., NW
Washington, DC 20551

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gregory Jacob, Esq.
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 6/22/12   ~~06/21/2012~~   _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action (Page 2)

Civil Action No. 1:12cv1032

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  BENJAMIN BERNANKE

was received by me on *(date)*  June 22, 2012    .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
> On June 25, 2012, I mailed the summons by certified mail to BENJAMIN BERNANKE
> at The Board of Governors of the Federal Reserve System at 20th St. &
> Constitution Ave., NW, Washington, DC 20551 in accordance with Fed. R. Civ.
> P. 4(i)(2).

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-27-12

*Server's signature*

DISTRICT OF COLUMBIA
:ss:
Subscribed and sworn to before me this
27th day of _____ , 20 12

_____
*Notary Public*

ANDREW EVELETH, Senior Paralegal
*Printed name and title*

O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC  20006
*Server's address*

Additional information regarding attempted service, etc:

7196 9008 9111 5583 4535

**TO:**

Benjamin Bernanke
Bd of Governors Fed Reserve Syste
20th St & Constitution Ave, NW
Washington, DC 20551
US

**SENDER:** 0600000.00003-Eveleth

**REFERENCE:**



PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | 2.95 |
| | Return Receipt Fee | 2.35 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

| US Postal Service®<br>**Receipt for**<br>**Certified Mail™**<br>No Insurance Coverage Provided<br>Do Not Use for International Mail | POSTMARK OR DATE |
|---|---|

**Eveleth, Andrew**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ <U.S._Postal_Service@usps.com> |
| **Sent:** | Friday, September 21, 2012 3:23 PM |
| **To:** | Eveleth, Andrew |
| **Subject:** | U.S. Postal Service Track & Confirm email Restoration - 7196 9008 9111 5583 4535 |

This is a post-only message. Please do not respond.

ANDREW EVELETH has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7196 9008 9111 5583 4535

Service Type: Certified Mail(TM)

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered 10:17am | WASHINGTON DC 20551 | 06/28/12 |
| Arrival at Unit 9:29am | WASHINGTON DC 20018 | 06/28/12 |
| Depart USPS Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Processed through USPS 9:05pm Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Acceptance 6:48pm | WASHINGTON DC 20013 | 06/25/12 |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| State Nat'l Bank of Big Spring et al. | ) |
| _Plaintiff_ | ) ) |
| v. | ) |
| Timothy Geithner, U.S. Secretary of the Treasury, et al. | ) ) |
| _Defendant_ | ) ) |

Case: 1:12-cv-01032
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/21/2012
Description: General Civil

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Richard Cordray
Consumer Financial Protection Bureau
1700 G St., NW
Washington, DC 20552

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gregory Jacob, Esq.
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:  6/22/12  ~~06/21/2012~~

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action (Page 2)

Civil Action No. 1:12cv1032

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    RICHARD CORDRAY

was received by me on *(date)*   June 22, 2012  .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
    On June 25, 2012, I mailed the summons by certified mail to RICHARD CORDRAY
    at The Consumer Financial Protection Bureau, 1700 G St., NW, Washington
    DC, 20552 in accordance with Fed. R. Civ. P. 4(i)(2).

My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 6-27-12

                       *Server's signature*

                ANDREW EVELETH, Senior Paralegal

DISTRICT OF COLUMBIA            *Printed name and title*

                     :ss:

Subscribed and sworn to before me this

27th day of June , 20 12        O'Melveny & Myers LLP

                          1625 Eye St., NW

           Notary Public        Washington, DC   20006

                          *Server's address*

Additional information regarding attempted service, etc:

7196 9008 9111 5583 4559

**TO:**

Richard Cordray
ConsumerFinancialProtectionBureau
1700 G Street, NW
Washington, DC 20552
US

**SENDER:**   0600000.00003-Eveleth

**REFERENCE:**



PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | 2.95 |
| | Return Receipt Fee | 2.35 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

| US Postal Service® **Receipt for Certified Mail™** No Insurance Coverage Provided Do Not Use for International Mail | POSTMARK OR DATE |
|---|---|

**Eveleth, Andrew**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ <U.S._Postal_Service@usps.com> |
| **Sent:** | Friday, September 21, 2012 3:21 PM |
| **To:** | Eveleth, Andrew |
| **Subject:** | U.S. Postal Service Track & Confirm email Restoration - 7196 9008 9111 5583 4559 |

This is a post-only message. Please do not respond.

ANDREW EVELETH has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7196 9008 9111 5583 4559

Service Type: Certified Mail(TM)

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered 11:24am | WASHINGTON DC 20552 | 06/28/12 |
| Arrival at Unit 9:47am | WASHINGTON DC 20018 | 06/28/12 |
| Depart USPS Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Processed through USPS 9:05pm Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Acceptance 6:48pm | WASHINGTON DC 20013 | 06/25/12 |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| State Nat'l Bank of Big Spring et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Timothy Geithner, U.S. Secretary of the Treasury, et al. | ) |
| *Defendant* | ) |

Case: 1:12-cv-01032
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/21/2012
Description: General Civil

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Consumer Financial Protection Bureau
1700 G St., NW
Washington, DC 20552

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Gregory Jacob, Esq.
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 6/22/12
~~06/21/2012~~

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No. 1:12cv1032

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   THE CONSUMER FINANCIAL PROTECTION BUREAU

was received by me on *(date)*   June 22, 2012   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
On June 25, 2012, I mailed the summons by certified mail to The Consumer Financial Protection Bureau at 1700 G St., NW, Washington, DC 20552 in accordance with Fed. R. Civ. P. 4(i)(2).

My fees are $ ___0.00___ for travel and $ ___0.00___ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: 6-27-12

_____
Server's signature

ANDREW EVELETH, Senior Paralegal
*Printed name and title*

DISTRICT OF COLUMBIA   :ss:

Subscribed and sworn to before me this
27th day of June, 2012.
_____
Notary Public

O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006
*Server's address*

Additional information regarding attempted service, etc:

7196 9008 9111 5583 4412

**TO:**

Attn: LEN KENNEDY
ConsumerFinancialProtectionBureau
1700 G Street, NW
Washington, DC 20552
US

**SENDER:**    0600000.00003-Eveleth

**REFERENCE:**



PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | 2.95 |
| | Return Receipt Fee | 2.35 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

| US Postal Service® | POSTMARK OR DATE |
|---|---|
| **Receipt for Certified Mail™** | |
| No Insurance Coverage Provided Do Not Use for International Mail | |

**Eveleth, Andrew**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ <U.S._Postal_Service@usps.com> |
| **Sent:** | Friday, September 21, 2012 3:33 PM |
| **To:** | Eveleth, Andrew |
| **Subject:** | U.S. Postal Service Track & Confirm email Restoration - 7196 9008 9111 5583 4412 |

This is a post-only message. Please do not respond.

ANDREW EVELETH has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7196 9008 9111 5583 4412

Service Type: Certified Mail(TM)

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered 11:24am | WASHINGTON DC 20552 | 06/28/12 |
| Arrival at Unit 9:47am | WASHINGTON DC 20018 | 06/28/12 |
| Depart USPS Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Processed through USPS 9:05pm Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Acceptance 6:48pm | WASHINGTON DC 20013 | 06/25/12 |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| State Nat'l Bank of Big Spring et al. | ) |
| _____ | ) |
| *Plaintiff* | ) Case: 1:12-cv-01032 |
| v. | ) Assigned To : Huvelle, Ellen S. |
| Timothy Geithner, U.S. Secretary of the Treasury, et al. | ) Assign. Date : 6/21/2012 |
| _____ | ) Description: General Civil |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Martin Gruenberg
Federal Deposit Insurance Corporation
550 17th Street, NW
Washington, DC 20429

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gregory Jacob, Esq.
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:  ~~06/21/2012~~  10/22/12

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action (Page 2)

Civil Action No. 1:12cv1032

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     MARTIN GRUENBERG

was received by me on *(date)*   June 22, 2012   .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
On June 25, 2012, I mailed the summons by certified mail to MARTIN GRUENBERG
at The Federal Deposit Insurance Corporation at 550 17th St., NW,
Washington, DC 20429 in accordance with Fed. R. Civ. P. 4(i)(2).

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  6-27-12

_____
Server's signature

DISTRICT OF COLUMBIA
                                :ss:
Subscribed and sworn to before me this
27th day of June , 2012
_____
Notary Public

ANDREW EVELETH, Senior Paralegal
*Printed name and title*

O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC  20006

*Server's address*

Additional information regarding attempted service, etc:

7196 9008 9111 5583 4429

**TO:**
Martin Gruenberg
FederalDepositInsuranceCorp
550 17th Street, NW
Washington, DC 20429
US

**SENDER:**   0600000.00003-Eveleth

**REFERENCE:** 

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | 2.95 |
| | Return Receipt Fee | 2.35 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

| US Postal Service® | POSTMARK OR DATE |
|---|---|
| **Receipt for Certified Mail™** | |
| No Insurance Coverage Provided Do Not Use for International Mail | |

**Eveleth, Andrew**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ <U.S._Postal_Service@usps.com> |
| **Sent:** | Friday, September 21, 2012 3:33 PM |
| **To:** | Eveleth, Andrew |
| **Subject:** | U.S. Postal Service Track & Confirm email Restoration - 7196 9008 9111 5583 4429 |

This is a post-only message. Please do not respond.

ANDREW EVELETH has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7196 9008 9111 5583 4429

Service Type: Certified Mail(TM)

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered 11:51am | WASHINGTON DC 20429 | 06/29/12 |
| Arrival at Unit 10:16am | WASHINGTON DC 20018 | 06/29/12 |
| Depart USPS Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Processed through USPS 9:05pm Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Acceptance 6:48pm | WASHINGTON DC 20013 | 06/25/12 |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| State Nat'l Bank of Big Spring et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Timothy Geithner, U.S. Secretary of the Treasury, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Case: 1:12-cv-01032
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/21/2012
Description: General Civil

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Thomas Curry
Comptroller of the Currency
Washington, DC 20219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gregory Jacob, Esq.
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:   6/22/12
~~06/31/2012~~

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action (Page 2)

Civil Action No.  1:12cv1032

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      THOMAS CURRY

was received by me on *(date)*     June 22, 2012      .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
> On June 25, 2012, I mailed the summons by certified mail to THOMAS CURRY
> at The Comptroller of the Currency, Administrator of National Banks,
> Washington, DC  20219 in accordance with Fed. R. Civ. P. 4(i)(2).

My fees are $ ___0.00___ for travel and $ ___0.00___ for services, for a total of $ ___0.00___

I declare under penalty of perjury that this information is true.

Date: 6-27-12

*Andrew Eveleth*
Server's signature

ANDREW EVELETH, Senior Paralegal
Printed name and title

DISTRICT OF COLUMBIA

:SS:

Subscribed and sworn to before me this
27th day of June, 2012
*Marjorie S. Sisson*
Notary Public

O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC  20006
Server's address

Additional information regarding attempted service, etc:

7196 9008 9111 5583 4436

**TO:**

Thomas Curry
Comptroller of the Currency
Administrator of National Banks
Washington, DC 20219
US

**SENDER:**   0600000.00003-Eveleth

**REFERENCE:** 

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | 2.95 |
| | Return Receipt Fee | 2.35 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

| US Postal Service® | POSTMARK OR DATE |
|---|---|
| **Receipt for Certified Mail™** No Insurance Coverage Provided Do Not Use for International Mail | |

**Eveleth, Andrew**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ <U.S._Postal_Service@usps.com> |
| **Sent:** | Friday, September 21, 2012 3:33 PM |
| **To:** | Eveleth, Andrew |
| **Subject:** | U.S. Postal Service Track & Confirm email Restoration - 7196 9008 9111 5583 4436 |

This is a post-only message. Please do not respond.

ANDREW EVELETH has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7196 9008 9111 5583 4436

Service Type: Certified Mail(TM)

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered 11:30am | WASHINGTON DC 20219 | 06/29/12 |
| Arrival at Unit 6:21am | WASHINGTON DC 20018 | 06/29/12 |
| Depart USPS Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Processed through USPS 9:05pm Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Acceptance 6:48pm | WASHINGTON DC 20013 | 06/25/12 |

--------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| State Nat'l Bank of Big Spring et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Timothy Geithner, U.S. Secretary of the Treasury, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Case: 1:12-cv-01032
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/21/2012
Description: General Civil

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mary Schapiro
U.S. Securities & Exchange Commission
100 F St., NE
Washington, DC 20549

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gregory Jacob, Esq.
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 6/22/12
~~06/21/2012~~

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action (Page 2)

Civil Action No.  1:12cv1032

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      MARY SCHAPIRO

was received by me on *(date)*      June 22, 2012

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
On June 25, 2012, I mailed the summons by certified mail to MARY SCHAPIRO
at the U.S. Securities & Exchange Commission, 100 F St., NW, Washington
DC 20549 in accordance with Fed. R. Civ. P. 4(i)(2).

My fees are $      0.00      for travel and $      0.00      for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.

Date:   6-27-12

Server's signature

ANDREW EVELETH, Senior Paralegal
*Printed name and title*

DISTRICT OF COLUMBIA                    :ss:

Subscribed and sworn to before me this
27th day of June, 2012
_____
Notary Public

O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC  20006

*Server's address*

Additional information regarding attempted service, etc:

7196 9008 9111 5583 4405

**TO:**

Mary Schapiro
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549
US

**SENDER:**   0600000.00003-Eveleth

**REFERENCE:**

PS Form 3800, January 2005

| RETURN<br>RECEIPT<br>SERVICE | Postage | |
|---|---|---|
| | Certified Fee | 2.95 |
| | Return Receipt Fee | 2.35 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

| US Postal Service® | POSTMARK OR DATE |
|---|---|
| **Receipt for**<br>**Certified Mail™**<br><br>No Insurance Coverage Provided<br>Do Not Use for International Mail | |

**Eveleth, Andrew**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ <U.S._Postal_Service@usps.com> |
| **Sent:** | Friday, September 21, 2012 3:32 PM |
| **To:** | Eveleth, Andrew |
| **Subject:** | U.S. Postal Service Track & Confirm email Restoration - 7196 9008 9111 5583 4405 |

This is a post-only message. Please do not respond.

ANDREW EVELETH has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7196 9008 9111 5583 4405

Service Type: Certified Mail(TM)

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered 6:26am | WASHINGTON DC 20549 | 06/29/12 |
| Arrival at Unit 6:00am | WASHINGTON DC 20018 | 06/29/12 |
| Depart USPS Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Processed through USPS Sort Facility 9:05pm | GAITHERSBURG MD 20898 | 06/25/12 |
| Acceptance 6:48pm | WASHINGTON DC 20013 | 06/25/12 |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

| | |
|---|---|
| State Nat'l Bank of Big Spring et al. | ) |
| ——————————————— | ) |
| *Plaintiff* | ) |
| v. | ) |
| Timothy Geithner, U.S. Secretary of the Treasury, et al. | ) |
| ——————————————— | ) |
| *Defendant* | ) |

Case: 1:12-cv-01032
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/21/2012
Description: General Civil

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gary Gensler
Commodity Futures Trading Commission
Three Lafayette Ctr., 1155
21st St., NW
Washington, DC 20581

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gregory Jacob, Esq.
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  6/22/12

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No. 1:12cv1032

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     GARY GENSLER

was received by me on *(date)*    June 22, 2012     .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
On June 25, 2012, I mailed the summons by certified mail to GARY GENSLER
at The Commodity Futures Trading Commission, Three Lafayette Ctr., 1155
21st St., NW, Washington, DC 20581 in accordance with Fed. R. Civ. P.
4(i)(2).

My fees are $ ____0.00____ for travel and $ ____0.00____ for services, for a total of $ ____0.00____

I declare under penalty of perjury that this information is true.

Date: 6-27-12

*Server's signature*

ANDREW EVELETH, Senior Paralegal
*Printed name and title*

DISTRICT OF COLUMBIA
                                    :ss:
Subscribed and sworn to before me this
27th day of June , 2012
_____
                *Notary Public*

O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC  20006

*Server's address*

Additional information regarding attempted service, etc:

7196 9008 9111 5583 4498

**TO:**

Gary Gensler
CommodityFuturesTradingCommissi
Three Lafayette Ctr.1155 21st St NW
Washington, DC 20581
US

**SENDER:**   0600000.00003-Eveleth

**REFERENCE:**



PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | 2.95 |
| | Return Receipt Fee | 2.35 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

| US Postal Service® | POSTMARK OR DATE |
|---|---|
| **Receipt for Certified Mail™** | |
| No Insurance Coverage Provided Do Not Use for International Mail | |

**Eveleth, Andrew**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ <U.S._Postal_Service@usps.com> |
| **Sent:** | Friday, September 21, 2012 3:22 PM |
| **To:** | Eveleth, Andrew |
| **Subject:** | U.S. Postal Service Track & Confirm email Restoration - 7196 9008 9111 5583 4498 |

This is a post-only message. Please do not respond.

ANDREW EVELETH has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7196 9008 9111 5583 4498

Service Type: Certified Mail(TM)

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered 8:29am | WASHINGTON DC 20581 | 06/29/12 |
| Notice Left (No 11:00am Authorized Recipient Available) | WASHINGTON DC 20581 | 06/28/12 |
| Arrival at Unit 10:01am | WASHINGTON DC 20018 | 06/28/12 |
| Depart USPS Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Processed through USPS 9:05pm Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Acceptance 6:48pm | WASHINGTON DC 20013 | 06/25/12 |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| State Nat'l Bank of Big Spring et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| Timothy Geithner, U.S. Secretary of the Treasury, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Case: 1:12-cv-01032
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/21/2012
Description: General Civil

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Debbie Matz
National Credit Union Administration Board
1775 Duke St., Room 7011
Alexandria, VA 22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gregory Jacob, Esq.
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ___6/22/12___
~~06/21/2012~~

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No. 1:12cv1032

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   DEBBIE MATZ

was received by me on *(date)*   June 22, 2012   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
On June 25, 2012, I mailed the summons by certified mail to DEBBIE MATZ
at The National Credit Union Administration Board, 1775 Duke St., Room
7011, Alexandria, VA 22314 in accordance with Fed. R. Civ. P. 4(i)(2).

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6-27-12

_____
*Server's signature*

ANDREW EVELETH, Senior Paralegal
*Printed name and title*

DISTRICT OF COLUMBIA
:ss:

Subscribed and sworn to before me this
27th day of June, 20 12
_____
Notary Public

O'Melveny & Myers LLP
1625 Eye St., NW
WASHINGTON, DC 20006

_____
*Server's address*

Additional information regarding attempted service, etc:

7196 9008 9111 5583 4474

**TO:**

Debbie Matz
Nat'l Credit Union Admin Bd
1775 Duke St., Room 7011
Alexandria, VA 22314
US

**SENDER:**     0600000.00003-Eveleth

**REFERENCE:**



PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | 2.95 |
| | Return Receipt Fee | 2.35 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

| US Postal Service® **Receipt for Certified Mail**™ No Insurance Coverage Provided Do Not Use for International Mail | POSTMARK OR DATE |
|---|---|

**Eveleth, Andrew**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ <U.S._Postal_Service@usps.com> |
| **Sent:** | Friday, September 21, 2012 3:22 PM |
| **To:** | Eveleth, Andrew |
| **Subject:** | U.S. Postal Service Track & Confirm email Restoration - 7196 9008 9111 5583 4474 |

This is a post-only message. Please do not respond.

ANDREW EVELETH has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7196 9008 9111 5583 4474

Service Type: Certified Mail(TM)

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered 12:03pm | ALEXANDRIA VA 22314 | 06/26/12 |
| Arrival at Unit 9:07am | ALEXANDRIA VA 22314 | 06/26/12 |
| Depart USPS Sort Facility | MERRIFIELD VA 22081 | 06/26/12 |
| Processed through USPS 11:33pm Sort Facility | MERRIFIELD VA 22081 | 06/25/12 |
| Depart USPS Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Processed through USPS 9:05pm Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Acceptance 6:48pm | WASHINGTON DC 20013 | 06/25/12 |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| State Nat'l Bank of Big Spring et al. | )<br>)<br>) |
| *Plaintiff* | ) |
| v. | ) |
| Timothy Geithner, U.S. Secretary of the Treasury, et al. | )<br>)<br>) |
| *Defendant* | ) |

Case: 1:12-cv-01032
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/21/2012
Description: General Civil

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   S. Roy Woodall
Financial Stability Oversight Council
1500 Pennsylvania Ave., NW
Washington, DC 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gregory Jacob, Esq.
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:   6/22/12
~~09/24/2012~~

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action (Page 2)

Civil Action No. 1:12cv1032

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    S. ROY WOODALL

was received by me on *(date)*    June 22, 2012   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
On June 25, 2012, I mailed the summons by certified mail to S. ROY WOODALL
at The Financial Stability Oversight Council, 1500 Pennsylvania Ave., NW
Washington, DC 20220 in accordance with Fed. R. Civ. P. 4(i)(2).

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 6-27-12

      *Andrew Eveleth*
          *Server's signature*

DISTRICT OF COLUMBIA

:ss:

Subscribed and sworn to before me this

27th day of June, 2012

*Marguerite S. Suparis*
    Notary Public

      ANDREW EVELETH, Senior Paralegal
          *Printed name and title*

      O'Melveny & Myers LLP
      1625 Eye St., NW
      Washington, DC  20006

          *Server's address*

Additional information regarding attempted service, etc:

7196 9008 9111 5583 4467

**TO:**

S.Roy Woodall
FinancialStabilityOversightCouncil
1500 Pennsylvania Ave., NW
Washington, DC 20220
US

**SENDER:** 0600000 00003-Eveleth

**REFERENCE:**



PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | 2.95 |
| | Return Receipt Fee | 2.35 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

| US Postal Service® | POSTMARK OR DATE |
|---|---|
| **Receipt for** | |
| **Certified Mail™** | |
| No Insurance Coverage Provided Do Not Use for International Mail | |

**Eveleth, Andrew**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ <U.S._Postal_Service@usps.com> |
| **Sent:** | Friday, September 21, 2012 3:22 PM |
| **To:** | Eveleth, Andrew |
| **Subject:** | U.S. Postal Service Track & Confirm email Restoration - 7196 9008 9111 5583 4467 |

This is a post-only message. Please do not respond.

ANDREW EVELETH has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7196 9008 9111 5583 4467

Service Type: Certified Mail(TM)

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered 10:48am | WASHINGTON DC 20220 | 06/28/12 |
| Arrival at Unit 8:59am | WASHINGTON DC 20018 | 06/28/12 |
| Depart USPS Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Processed through USPS Sort Facility 9:05pm | GAITHERSBURG MD 20898 | 06/25/12 |
| Acceptance 6:48pm | WASHINGTON DC 20013 | 06/25/12 |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| State Nat'l Bank of Big Spring et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Timothy Geithner, U.S. Secretary of the Treasury, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Case: 1:12-cv-01032
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/21/2012
Description: General Civil

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Financial Stability Oversight Council
1500 Pennsylvania Ave., NW
Washington, DC 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gregory Jacob, Esq.
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: ___6/22/12___
~~06/21/2012~~

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No. 1:12cv1032

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   THE FINANCIAL STABILITY OVERSIGHT COUNCIL

was received by me on *(date)*   June 22, 2012   .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
On June 25, 2012, I mailed the summons by certified mail to THE FINANCIAL
STABILITY OVERSIGHT COUNCIL at 1500 Pennsylvania Ave., NW Washington, DC·
20220 in accordance with Fed. R. Civ. P. 4(i)(2).

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 6-27-12

*Server's signature*

ANDREW EVELETH, Senior Paralegal

*Printed name and title*

DISTRICT OF COLUMBIA
                                :ss:
Subscribed and sworn to before me this
27th day of June , 2012
_____
Notary Public

O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC  20006

*Server's address*

Additional information regarding attempted service, etc:

7196 9008 9111 5583 4443

**TO:**

FinancialStabilityOversightCouncil
1500 Pennsylvania Ave., NW
Washington, DC 20220
US

**SENDER:**   0600000.00003-Eveleth

**REFERENCE:**



PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | 2.95 |
| | Return Receipt Fee | 2.35 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | |

| US Postal Service® | POSTMARK OR DATE |
|---|---|
| **Receipt for** **Certified Mail™** No Insurance Coverage Provided Do Not Use for International Mail | |

**Eveleth, Andrew**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ <U.S._Postal_Service@usps.com> |
| **Sent:** | Friday, September 21, 2012 3:12 PM |
| **To:** | Eveleth, Andrew |
| **Subject:** | U.S. Postal Service Track & Confirm email Restoration - 7196 9008 9111 5583 4443 |

This is a post-only message. Please do not respond.

ANDREW EVELETH has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7196 9008 9111 5583 4443

Service Type: Certified Mail(TM)

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered 7:12am | WASHINGTON DC 20220 | 06/29/12 |
| Arrival at Unit 5:51am | WASHINGTON DC 20018 | 06/29/12 |
| Depart USPS Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Processed through USPS 9:05pm Sort Facility | GAITHERSBURG MD 20898 | 06/25/12 |
| Acceptance 6:48pm | WASHINGTON DC 20013 | 06/25/12 |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| State Nat'l Bank of Big Spring et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Timothy Geithner, U.S. Secretary of the Treasury, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.  1:12cv1032  ( ESH )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eric Holder, U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gregory Jacob, Esq.
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:  ____06/22/2012____          _____
                                   *Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State National Bank of Big Spring, et al. | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff(s)** | ) Case No.: 1:12cv1032 (ESH) |
| | ) |
| v. | ) |
| Timothy Geithner, et al. | ) |
| | ) |
| | ) |
| **Defendant(s)** | ) |

### AFFIDAVIT OF SERVICE

I, Michael Reeder, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Declaratory and Injunctive Relief; Initial Electronic Case Filing Order; Civil Cover Sheet; and Certificate Rule LCvR 7.1

SERVE TO: Eric Holder, US Attorney General
SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530

DATE SERVED: June 26, 2012   TIME SERVED: 12:30 PM

PERSON SERVED: Steffon Edwards, Correspondence Clerk, authorized to accept

Described herein:
Gender: Male    Race/Skin: Black    Hair: Black    Age: 30    Height: 6'2"    Weight: 170

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-28-12
Executed on: _____

Michael Reeder
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 12-077484                                                                                   Client Reference: N/A

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| State Nat'l Bank of Big Spring et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Timothy Geithner, U.S. Secretary of the Treasury, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.  1:12cv1032    ( ESH )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ronald C. Machen, Jr., U.S. Attorney
555 4th Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Gregory Jacob, Esq.
O'Melveny & Myers LLP
1625 Eye St., NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: _____06/22/2012_____        _____
Signature of Clerk or Deputy Clerk

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State National Bank of Big Spring, et al. | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff(s)** | ) Case No.: 1:12cv1032 (ESH) |
| | ) |
| **v.** | ) |
| Timothy Geithner, et al. | ) |
| | ) |
| | ) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

I, Melvin M. Shapiro, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED:  Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Declaratory and Injunctive Relief; Initial Electronic Case Filing Order; Civil Cover Sheet; and Certificate Rule LCvR 7.1

SERVE TO:  Ronald C. Machen, Jr., US Attorney
SERVICE ADDRESS:  501 3rd Street, NW, Washington, DC 20001

DATE SERVED: June 26, 2012  TIME SERVED:  12:40 PM

PERSON SERVED:  Gary Nails, Docket Clerk, authorized to accept

Described herein:
Gender: Male    Race/Skin: Black    Hair: Black    Age: 35    Height: 5'11"    Weight: 190

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on:

Melvin M. Shapiro
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 12-077481

Client Reference: N/A