UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE NATIONAL BANK OF BIG SPRING *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JACOB J. LEW,[1] in his official capacity as United States Secretary of the Treasury and *ex officio* Chairman of the Financial Stability Oversight Council <br> 1500 Pennsylvania Avenue, NW <br> Washington, DC 20220, *et al.*, <br><br> Defendants. | Case No. 1:12-cv-01032 (ESH) <br><br> Judge: Hon. Ellen S. Huvelle |

**NOTICE OF FILING OF SUPPLEMENTAL DECLARATION IN SUPPORT OF PRIVATE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**

Plaintiffs State National Bank, the Competitive Enterprise Institute, and the 60 Plus Association ("Private Plaintiffs") in the above-entitled action hereby submit for the Court's consideration a Supplemental Declaration of Gregory Jacob in Support of Private Plaintiffs' Opposition to Defendants' Motion to Dismiss the Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1).  The declaration attaches a March 4, 2013 statement[2] regarding the Financial Stability Oversight Council's ("FSOC") imminent designation in the coming months of certain nonbank financial companies as systemically important financial

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), U.S. Secretary of the Treasury Jacob J. Lew has been substituted as a defendant for former Acting U.S. Secretary of the Treasury Wolin.

[2] This statement post-dates the Private Plaintiffs' February 27, 2013 filing of their Opposition to the Defendants' Motion to Dismiss [Dkt. No. 27].

institutions ("SIFIs").  This recently released statement bears on Defendants' argument[3] that the Private Plaintiffs purportedly lack standing to challenge Title I of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Dated: March 14, 2013                                  Respectfully submitted,

/s/ Gregory Jacob
Gregory Jacob (D.C. Bar 474639)
O'MELVENY & MYERS LLP
1625 I St. NW
Washington, DC 20006
(202) 383-5300
(202) 383-5413 (fax)
gjacob@omm.com

C. Boyden Gray (D.C. Bar. 122663)
Adam J. White (D.C. Bar 502007)
BOYDEN GRAY & ASSOCIATES P.L.L.C.
1627 I St. NW, Suite 950
Washington, DC 20006
(202) 955-0620
(202) 955-0621 (fax)
adam@boydengrayassociates.com

*Counsel for Plaintiffs State National Bank of Big Spring, the 60-Plus Association, Inc., and Competitive Enterprise Institute*

Sam Kazman (D.C. Bar 946376)
Hans Bader (D.C. Bar. 466545)
COMPETITIVE ENTERPRISE INSTITUTE
1899 L St. NW, Floor 12
Washington, DC 20036
(202) 331-1010
(202) 331-0640 (fax)
skazman@cei.org

*Co-counsel for Plaintiff Competitive Enterprise Institute*

---

[3]   *See* Defendants' Motion to Dismiss the Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1) [Dkt. No. 26-1], at 30-39.

**CERTIFICATE OF SERVICE**

I, Gregory Jacob, hereby certify that on March 14, 2013, I electronically filed the foregoing Notice of Filing of Supplemental Declaration in Support of Private Plaintiffs' Opposition to Defendants' Motion to Dismiss the Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1) through the CM/ECF system, which will send a notice of electronic filing to counsel for the Defendants in this matter, as well as counsel for the State of Oklahoma and the State of South Carolina.

I further certify that on March 14, 2013, I caused one hard-copy of the foregoing to be mailed by first-class U.S. Mail to each of the below-listed counsel, who are not registered with the Court's electronic filing system.

| | |
|---|---|
| Hon. Luther Strange<br>Attorney General of<br>  the State of Alabama<br>501 Washington Avenue<br>Montgomery, AL 36130 | Hon. Samuel S. Olens<br>Attorney General of<br>  the State of Georgia<br>40 Capitol Square SW<br>Atlanta, GA 30334 |
| Hon. Derek Schmidt<br>Attorney General of<br>  the State of Kansas<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612 | Hon. Bill Schuette<br>Attorney General of<br>  the State of Michigan<br>G. Mennen Williams Building, 7th Flr.<br>525 W. Ottawa St.<br>Lansing, MI 48909 |
| Hon. Timothy C. Fox<br>Attorney General of<br>  the State of Montana<br>215 North Sanders<br>Helena, MT 59620 | Hon. Jon C. Bruning<br>Attorney General of<br>  the State of Nebraska<br>2115 State Capitol<br>Lincoln, NE 68509 |
| Hon. Michael DeWine,<br>Attorney General of<br>  the State of Ohio<br>30 East Broad Street, 14th Floor<br>Columbus, OH 43215 | Hon. Greg Abbott<br>Attorney General of<br>  the State of Texas<br>300 W. 15th Street<br>Austin, TX 78701 |

| | |
|---|---|
| Hon. Patrick Morrisey<br>Attorney General of<br>  the State of West Virginia<br>State Capitol Complex,<br>Building 1 Room 26-E<br>Charleston, WV 25305 | |

                                           s/Gregory Jacob
                                           Gregory Jacob
                                           O'Melveny & Myers, LLP
                                           1625 Eye St., NW
                                           Washington, DC 20006
                                           Telephone: (202) 383-5300
                                           Facsimile: (202) 383-5414
                                           Email: gjacob@omm.com