# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE NATIONAL BANK OF BIG SPRING *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JACOB J. LEW, in his official capacity as United States Secretary of the Treasury and *ex officio* Chairman of the Financial Stability Oversight Council<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:12-cv-01032 (ESH)<br><br>Judge: Hon. Ellen S. Huvelle |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs State National Bank, the Competitive Enterprise Institute, and the 60 Plus Association ("Private Plaintiffs") appeal to the United States Court of Appeals for the District of Columbia Circuit from the August 1, 2013 Memorandum Opinion and Order of the District Court dismissing Plaintiffs' Second Amended Complaint (ECF Nos. 43 and 44).

Dated: August 2, 2013　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory Jacob
　　　　　　　　　　　　　　　　　　　　　　Gregory Jacob (D.C. Bar 474639)
　　　　　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　　　　　1625 I St. NW
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　(202) 383-5300
　　　　　　　　　　　　　　　　　　　　　　(202) 383-5413 (fax)
　　　　　　　　　　　　　　　　　　　　　　gjacob@omm.com

C. Boyden Gray (D.C. Bar. 122663)
Adam J. White (D.C. Bar 502007)
BOYDEN GRAY & ASSOCIATES P.L.L.C.
1627 I St. NW, Suite 950
Washington, DC 20006
(202) 955-0620
(202) 955-0621 (fax)
adam@boydengrayassociates.com

*Counsel for Plaintiffs State National Bank of Big Spring, the 60-Plus Association, Inc., and Competitive Enterprise Institute*

Sam Kazman (D.C. Bar 946376)
Hans Bader (D.C. Bar. 466545)
COMPETITIVE ENTERPRISE INSTITUTE
1899 L St. NW, Floor 12
Washington, DC 20036
(202) 331-1010
(202) 331-0640 (fax)
skazman@cei.org

*Co-counsel for Plaintiff Competitive Enterprise Institute*

## CERTIFICATE OF SERVICE

I, Gregory Jacob, hereby certify that on August 2, 2013, I electronically filed the foregoing through the CM/ECF system, which will send a notice of electronic filing to counsel for the Defendants in this matter, as well as counsel for the State of Oklahoma and the State of South Carolina.

I further certify that on August 2, 2013, I caused one hard-copy of the foregoing to be mailed by first-class U.S. Mail to each of the below-listed counsel, who are not registered with the Court's electronic filing system.

| | |
|---|---|
| Hon. Luther Strange<br>Attorney General of<br>  the State of Alabama<br>501 Washington Avenue<br>Montgomery, AL 36130 | Hon. Samuel S. Olens<br>Attorney General of<br>  the State of Georgia<br>40 Capitol Square SW<br>Atlanta, GA 30334 |
| Hon. Derek Schmidt<br>Attorney General of<br>  the State of Kansas<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612 | Hon. Bill Schuette<br>Attorney General of<br>  the State of Michigan<br>G. Mennen Williams Building, 7th Flr.<br>525 W. Ottawa St.<br>Lansing, MI 48909 |
| Hon. Timothy C. Fox<br>Attorney General of<br>  the State of Montana<br>215 North Sanders<br>Helena, MT 59620 | Hon. Jon C. Bruning<br>Attorney General of<br>  the State of Nebraska<br>2115 State Capitol<br>Lincoln, NE 68509 |
| Hon. Michael DeWine,<br>Attorney General of<br>  the State of Ohio<br>30 East Broad Street, 14th Floor<br>Columbus, OH 43215 | Hon. Greg Abbott<br>Attorney General of<br>  the State of Texas<br>300 W. 15th Street<br>Austin, TX 78701 |

| | |
|---|---|
| Hon. Patrick Morrisey<br>Attorney General of<br>  the State of West Virginia<br>State Capitol Complex,<br>Building 1 Room 26-E<br>Charleston, WV 25305 | |

/s/Gregory Jacob
Gregory Jacob
O'Melveny & Myers, LLP
1625 Eye St., NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: gjacob@omm.com