# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 13-5247**  **September Term, 2014**

FILED ON: JULY 24, 2015

STATE NATIONAL BANK OF BIG SPRING, ET AL.,
    APPELLANTS

STATE OF SOUTH CAROLINA, ET AL.,
    APPELLEES

v.

JACOB J. LEW, IN HIS OFFICIAL CAPACITY AS UNITED STATES SECRETARY OF THE TREASURY, ET AL.,
    APPELLEES

---

Consolidated with 13-5248

Appeals from the United States District Court
for the District of Columbia
(No. 1:12-cv-01032)

Before: ROGERS, KAVANAUGH, and PILLARD, *Circuit Judges*

### JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes is hereby affirmed in part, reversed in part, and the case is remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

<u>Per Curiam</u>

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 9/16/2015
BY: /s/ [signature], Deputy Clerk
ATTACHED: ___ Amending Order
    ___ Opinion
    ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Ken Meadows
Deputy Clerk

A true copy
United States Court of Appeals
for the District of Columbia Circuit

By /s/ [signature] Deputy Clerk

Date: July 24, 2015

Opinion for the court filed by Circuit Judge Kavanaugh.