UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE NATIONAL BANK OF BIG SPRING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JACOB J. LEW, in his official capacity as Secretary of the Treasury and *ex officio* Chairman of the Financial Stability Oversight Council, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:12-cv-01032 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

Plaintiffs State National Bank of Big Spring, Competitive Enterprise Institute, and 60 Plus Association (collectively "Plaintiffs") and Defendants Consumer Financial Protection Bureau ("CFPB") and Richard Cordray in his official capacity as Director of the CFPB ("Director Cordray") (collectively "Defendants") submit this Joint Status Report in response to the Court's Minute Order of September 16, 2015, which directed the parties to file a joint status report identifying the issues remaining for the Court to decide and a proposed briefing schedule.[1]

One issue remaining for the Court to decide is Plaintiffs' separation-of-powers challenge to the constitutionality of the CFPB. According to Plaintiffs, another issue is whether Director Cordray's recess appointment was unconstitutional, and if so, whether regulations promulgated by the CFPB during the period of his recess appointment are rendered lawful by Director Cordray's later Senate-confirmed appointment and his subsequent ratification of actions he had

---

[1] The D.C. Circuit affirmed this Court's dismissal of Counts III, IV, V, and VI of the Second Amended Complaint, including all of the claims by the State plaintiffs and all of the claims against the defendants other than the CFPB and Director Cordray. The parties request that these prior plaintiffs and defendants be excused from further participation in this litigation, including the status conference scheduled for October 7, 2015.

1

taken while serving under the recess appointment. According to Defendants, the remaining issue is the significance for Plaintiffs' challenge to Director Cordray's recess appointment of Director Cordray's later Senate-confirmed appointment and his subsequent ratification of actions he had taken while serving under a recess appointment.[2]

Plaintiffs and Defendants have conferred and agreed upon the following proposed schedule for summary judgment briefing:

1. <u>November 6, 2015</u>: Plaintiffs' motion for summary judgment and memorandum in support (45 pages).

2. <u>December 21, 2015</u>: Defendants' cross-motion for summary judgment and consolidated memorandum in support of Defendants' cross-motion for summary judgment and in opposition to Plaintiffs' motion for summary judgment (50 pages).

3. <u>February 4, 2016</u>: Plaintiffs' consolidated memorandum in opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment (45 pages).

4. <u>March 7, 2016</u>: Defendants' reply in support of Defendants' cross-motion for summary judgment (30 pages).

Plaintiffs and Defendants propose that the Court stay Defendants' filing of an Answer to the Second Amended Complaint, which the parties agree would not materially advance the resolution of this litigation.

---

[2] The parties also dispute whether Competitive Enterprise Institute and 60 Plus Association remain parties to this litigation; however, a decision from the Court on this question may prove unnecessary.

Dated:  September 30, 2015

 /s/ Gregory Jacob
Gregory Jacob (D.C. Bar 474639)
O'MELVENY & MYERS LLP
1625 I St. NW
Washington, DC 20006
(202) 383-5300
(202) 383-5413 (fax)
gjacob@omm.com

C. Boyden Gray (D.C. Bar 122663)
Adam J. White (D.C. Bar 502007)
BOYDEN GRAY & ASSOCIATES P.L.L.C.
1627 I St. NW, Suite 950
Washington, DC 20006
(202) 955-0620
(202) 955-0621 (fax)
adam@boydengrayassociates.com

*Counsel for Plaintiffs State National Bank of Big Spring, the 60-Plus Association, Inc., and Competitive Enterprise Institute*

Sam Kazman (D.C. Bar 946376)
Hans Bader (D.C. Bar 466545)
COMPETITIVE ENTERPRISE INSTITUTE
1899 L St. NW, Floor 12
Washington, DC 20036
(202) 331-1010
(202) 331-0640 (fax)
skazman@cei.org

*Co-counsel for Plaintiff
Competitive Enterprise Institute*

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

VINCENT H. COHEN, JR.
Acting United States Attorney

SUSAN K. RUDY
Assistant Director
Federal Programs Branch

 /s/ Matthew J. Berns
MATTHEW J. BERNS
DC Bar No. 998094
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue NW
Washington, D.C.  20530
Telephone:  (202) 616-8016
Fax:  (202) 616-8470
Email:  matthew.j.berns@usdoj.gov

*Counsel for Defendants*