# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE NATIONAL BANK OF BIG SPRING *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JACOB J. LEW, in his official capacity as United States Secretary of the Treasury and *ex officio* Chairman of the Financial Stability Oversight Council, *et al.*, <br><br> Defendants. | Case No. 1:12-cv-01032 (ESH) <br><br> Judge: Hon. Ellen S. Huvelle |

## JOINT MOTION REQUESTING ENTRY OF JUDGMENT AGAINST PLAINTIFFS

Plaintiffs State National Bank of Big Spring, the 60 Plus Association, Inc., and the Competitive Enterprise Institute ("Plaintiffs"), joined by Defendants (together with Plaintiffs, the "Parties"), respectfully move for the entry of judgment against Plaintiffs in this matter, without prejudice to Plaintiffs' right to appeal. In support hereof, the Parties state as follows:

1. On July 12, 2016, the Court issued an order granting, in part, Defendants' motion for summary judgment, and denying, in part, Plaintiffs' motion for summary judgment. ECF No. 67. The order disposed of Plaintiffs' challenge based on the purported recess appointment to serve as the Director of the Consumer Financial Protection Bureau (the "Bureau").

2. The Court's July 12, 2016 order held in abeyance any ruling on Plaintiffs' separation-of-powers-based challenge to the Bureau pending a ruling by the United States Court of Appeals for the District of Columbia Circuit in *PHH Corp. v. Consumer Financial Protection Bureau*, Case No. 15-1177.

3. On January 31, 2018, the Court of Appeals issued an opinion in *PHH Corp. v. Consumer Fin. Prot. Bureau*, No. 15-1177, 2018 WL 627055 (D.C. Cir. Jan. 31, 2018). The mandate for that opinion issued on February 15, 2018.

4. The Parties agree that the Court of Appeals' January 31, 2018 opinion in *PHH Corp.* forecloses this Court from ruling in favor of Plaintiffs with respect to their separation-of-powers-based challenge to the Bureau.

For these reasons, the Parties request that this Court promptly enter judgment against Plaintiffs on all remaining claims in this matter, without prejudice to Plaintiffs' right to appeal.

Dated: February 16, 2018                                        Respectfully submitted,

/s/ Gregory Jacob
Gregory Jacob (D.C. Bar 474639)
O'MELVENY & MYERS LLP
1625 I St., NW
Washington, D.C. 20006
(202) 383-5110
(202) 383-5413 (fax)
gjacob@omm.com

C. Boyden Gray (D.C. Bar 122663)
Adam R.F. Gustafson (D.C. Bar 1010952)
Boyden Gray & Associates
801 17th St., NW, Suite 350
Washington, DC 20006
(202) 955-0620
(202) 955-0621 (fax)
gustafson@boydengrayassociates.com

*Counsel for Plaintiffs State National Bank of Big Spring, the 60 Plus Association, Inc., and the Competitive Enterprise Institute*

Sam Kazman (D.C. Bar 946376)
COMPETITIVE ENTERPRISE INSTITUTE
1310 L St. NW, 7th Floor
Washington, D.C. 20005
(202) 331-1010
(202) 331-0640 (fax)
skazman@cei.org

*Co-counsel for Plaintiff Competitive Enterprise Institute*

Mary McLeod
General Counsel

John R. Coleman
Deputy General Counsel

Lawrence DeMille-Wagman
Senior Litigation Counsel

/s/Kristin Bateman
Kristin Bateman, (CA Bar 270913)
Senior Counsel
CONSUMER FINANCIAL PROTECTION BUREAU
1700 G St., N.W.
Washington, D.C. 201552
Tel: (202) 435-7821
Fax: (202) 435-7024
Email: kristin.bateman@cfpb.gov

Chad A. Readler
Acting Assistant Attorney General

Channing D. Phillips
United States Attorney

Jennifer D. Ricketts
Director, Federal Programs Branch

Carlotta P. Wells
Assistant Director, Federal Programs Branch

s/Matthew J. Berns
Matthew J. Berns, (D.C. Bar 998094)
Justin M. Sandberg, (IL Bar 6278377)
Trial Attorneys
Federal Program Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 616-8016
Fax: (202) 616-8202
Email: matthew.j.berns@usdoj.gov

***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

  I, Gregory Jacob, hereby certify that on February 16, 2018, I electronically filed the foregoing through the CM/ECF system, which will send a notice of electronic filing to counsel of record.

              /s/ Gregory Jacob
              Gregory Jacob
              O'Melveny & Myers, LLP
              1625 I St., NW
              Washington, D.C.  20006
              Telephone:  (202) 383-5300
              Facsimile:  (202) 383-5414
              Email:  gjacob@omm.com