**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| STATE NATIONAL BANK OF BIG SPRING *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:12-cv-01032 (ESH) |
| JACOB J. LEW, in his official capacity as United States Secretary of the Treasury and *ex officio* Chairman of the Financial Stability Oversight Council, *et al.*, | ) ) ) ) ) | Judge: Hon. Ellen S. Huvelle |
| Defendants. | ) ) | |

## ERRATA SHEET CORRECTING JOINT MOTION REQUESTING ENTRY OF JUDGMENT AGAINST PLAINTIFFS

Plaintiffs State National Bank of Big Spring, the 60 Plus Association, Inc., and the Competitive Enterprise Institute ("Plaintiffs") respectfully submit this errata sheet to correct errors in their Joint Motion Requesting Entry of Judgment Against Plaintiffs, filed on February 16, 2018.

| Location | Original Text | Corrected Text |
|---|---|---|
| Paragraph 1 | The order disposed of Plaintiffs' challenge based on the purported recess appointment to serve as the Director of the Consumer Financial Protection Bureau (the "Bureau"). | The order disposed of Plaintiffs' challenge based on the purported recess appointment of Richard Cordray to serve as the Director of the Consumer Financial Protection Bureau (the "Bureau"). |
| Signature block | Mary McLeod<br>General Counsel<br><br>John R. Coleman<br>Deputy General Counsel<br><br>Lawrence DeMille-Wagman<br>Senior Litigation Counsel<br><br>/s/Kristin Bateman<br>Kristin Bateman, (CA Bar 270913)<br>Senior Counsel | Mary McLeod<br>General Counsel<br><br>John R. Coleman<br>Deputy General Counsel<br><br>Steven Y. Bressler<br>Assistant General Counsel<br><br>Lawrence DeMille-Wagman<br>Senior Litigation Counsel |

| | | |
|---|---|---|
| | CONSUMER FINANCIAL PROTECTION BUREAU<br>1700 G St., N.W.<br>Washington, D.C. 201552<br>Tel: (202) 435-7821<br>Fax: (202) 435-7024<br>Email: kristin.bateman@cfpb.gov<br><br>Chad A. Readler<br>Acting Assistant Attorney General<br><br>Channing D. Phillips<br>United States Attorney<br><br>Jennifer D. Ricketts<br>Director, Federal Programs Branch<br><br>Carlotta P. Wells<br>Assistant Director, Federal Programs Branch<br><br>s/Matthew J. Berns<br>Matthew J. Berns, (D.C. Bar 998094)<br>Justin M. Sandberg, (IL Bar 6278377)<br>Trial Attorneys<br>Federal Program Branch<br>U.S. Department of Justice, Civil Division<br>20 Massachusetts Ave., N.W.<br>Washington, D.C. 20530<br>Tel: (202) 616-8016<br>Fax: (202) 616-8202<br>Email: matthew.j.berns@usdoj.gov<br><br>***Counsel for Defendants*** | /s/Kristin Bateman<br>Kristin Bateman (CA Bar 270913)<br>Senior Counsel<br>CONSUMER FINANCIAL PROTECTION BUREAU<br>1700 G St., N.W.<br>Washington, D.C. 20552<br>Tel: (202) 435-7821<br>Fax: (202) 435-7024<br>Email: kristin.bateman@cfpb.gov<br><br>***Counsel for Defendants*** |

Dated: February 21, 2018          Respectfully submitted,


          /s/ Gregory Jacob
          Gregory Jacob (D.C. Bar 474639)
          O'MELVENY & MYERS LLP

1625 I St., NW
Washington, D.C. 20006
(202) 383-5110
(202) 383-5413 (fax)
gjacob@omm.com

C. Boyden Gray (D.C. Bar 122663)
Adam R.F. Gustafson (D.C. Bar 1010952)
Boyden Gray & Associates
801 17th St., NW, Suite 350
Washington, DC 20006
(202) 955-0620
(202) 955-0621 (fax)
gustafson@boydengrayassociates.com

***Counsel for Plaintiffs State National Bank of Big
Spring, the 60 Plus Association, Inc., and the
Competitive Enterprise Institute***

Sam Kazman (D.C. Bar 946376)
COMPETITIVE ENTERPRISE INSTITUTE
1310 L St. NW, 7th Floor
Washington, D.C. 20005
(202) 331-1010
(202) 331-0640 (fax)
skazman@cei.org

***Co-counsel for Plaintiff
Competitive Enterprise Institute***

**CERTIFICATE OF SERVICE**

I, Gregory Jacob, hereby certify that on February 21, 2018, I electronically filed the

foregoing through the CM/ECF system, which will send a notice of electronic filing to counsel of

record.

<div style="margin-left: 45%;">

/s/ Gregory Jacob

Gregory Jacob
O'Melveny & Myers, LLP
1625 I St., NW
Washington, D.C.  20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414
Email:  gjacob@omm.com

</div>