# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE NATIONAL BANK OF BIG SPRING *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JACOB J. LEW, in his official capacity as United States Secretary of the Treasury and *ex officio* Chairman of the Financial Stability Oversight Council <br> 1500 Pennsylvania Avenue, NW <br> Washington, DC 20220, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 1:12-cv-01032 (ESH) ) ) Judge: Hon. Ellen S. Huvelle ) ) ) ) ) ) ) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs State National Bank, the Competitive Enterprise Institute, and the 60 Plus Association ("Plaintiffs") appeal to the United States Court of Appeals for the District of Columbia Circuit from the Final Judgment (ECF No. 78), entered by this Court on February 16, 2018, and all orders and opinions that merge therein, including the Order by this Court on July 12, 2016 (ECF No. 68), granting in part defendants' cross-motion for summary judgment.

Dated: February 22, 2018

Respectfully submitted,

/s/ Gregory Jacob
Gregory Jacob (D.C. Bar 474639)
O'MELVENY & MYERS LLP
1625 I St., NW
Washington, DC 20006
(202) 383-5300
(202) 383-5413 (fax)
gjacob@omm.com

C. Boyden Gray (D.C. Bar. 122663)
Adam R.F. Gustafson (D.C. Bar 1010952)
BOYDEN GRAY & ASSOCIATES P.L.L.C.
801 17th St., NW, Suite 350
Washington, DC 20006
(202) 955-0620
(202) 955-0621 (fax)
gustafson@boydengrayassociates.com

***Counsel for Plaintiffs State National Bank of Big Spring, the 60-Plus Association, Inc., and Competitive Enterprise Institute***

Sam Kazman (D.C. Bar 946376)
COMPETITIVE ENTERPRISE INSTITUTE
1310 L St., NW, 7th Floor
Washington, D.C. 20005
(202) 331-1010
(202) 331-0640 (fax)
skazman@cei.org

***Co-counsel for Plaintiff Competitive Enterprise Institute***

## CERTIFICATE OF SERVICE

    I, Gregory Jacob, hereby certify that on February 22, 2018, I electronically filed the foregoing through the CM/ECF system, which will send a notice of electronic filing to counsel for the Defendants in this matter.

<u>/s/ Gregory Jacob</u>
Gregory Jacob
O'MELVENY & MYERS LLP
1625 I St., NW
Washington, DC 20006
(202) 383-5300
(202) 383-5413 (fax)
gjacob@omm.com